No. 21-1700

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Jan 4, 2023
DEBORAH S. HUNT, Clerk

TAWANDA HALL, CURTIS LEE, CORETHA LEE, AND KRISTINA GOVAN,

    Plaintiffs-Appellants,

v.

ANDREW E. MEISNER, OAKLAND COUNTY TREASURER; OAKLAND COUNTY, MICHIGAN; SOUTHFIELD NEIGHBORHOOD REVITALIZATION INITIATIVE, LLC; CITY OF SOUTHFIELD, MICHIGAN; FREDERICK ZORN; KENSON SIVER; SUSAN P. WARD-WITKOWSKI; GERALD WITKOWSKI; IRV LOWENBERG; MITCHELL SIMON; E'TOILE LIBBETT; SOUTHFIELD NON-PROFIT HOUSING CORPORATION,

    Defendants-Appellees.

O R D E R

**BEFORE:** KETHLEDGE, BUSH, and NALBANDIAN, Circuit Judges.

The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case. The petition then was circulated to the full court.[*] No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petition is denied.

ENTERED BY ORDER OF THE COURT

**Deborah S. Hunt, Clerk**

---

[*]Judge Davis recused herself from participation in this ruling.