**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 04, 2023

Mr. John J. Bursch
Bursch Law
9339 Cherry Valley, S.E.
Suite 78
Caledonia, MI 49316

Re: Case No. 21-1700, *Tawanda Hall, et al v. Andrew Meisner, et al*
Originating Case No.: 2:20-cv-12230

Dear Mr. Bursch,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Mr. Kyle Michael Asher
　　Mr. Jayson Edward Blake
　　Ms. Janet D. Callahan
　　Mr. John R. Fleming
　　Mr. Stephen W. Funk
　　Mr. Matthew Burton Hodges
　　Mr. William H. Horton
　　Mr. Peter C. Jensen
　　Mr. Michael August Knoblock
　　Mr. Frank Krycia
　　Mr. Steven Charles Liedel
　　Ms. Christina Marie Martin
　　Mr. Mark McAlpine
　　Mr. Matthew T. Nelson
　　Mr. Matthew Nicols
　　Mr. Theodore W. Seitz
　　Mr. T. Joseph Seward
　　Mr. Scott Fenton Smith
　　Ms. Kathryn Daly Valois
　　Mr. Matthew P. Yourkvitch

Enclosure