# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 13, 2023

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Mar 15, 2023
DEBORAH S. HUNT, Clerk

> Re:  Andrew Meisner, Oakland County Treasurer, et al.
>      v. Tawanda Hall, et al.
>      No. 22-874
>      (Your No. 21-1700)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 9, 2023 and placed on the docket March 13, 2023 as No. 22-874.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst