**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 13, 2022

Mr. Jayson Edward Blake
McAlpine Law
3201 University Drive
Suite 200
Auburn Hills, MI 48326

Mr. John R. Fleming
Giarmarco, Mullins & Horton
101 W. Big Beaver Road
Suite 1000
Troy, MI 48084

Mr. Matthew Burton Hodges
Office of the Attorney General of Michigan
P.O. Box 30754
Lansing, MI 48909

Mr. William H. Horton
Giarmarco, Mullins & Horton
101 W. Big Beaver Road, Suite 1000
Troy, MI 48084

Mr. Michael August Knoblock
Mr. T. Joseph Seward
Seward Henderson
210 E. Third Street, Suite 212
Royal Oak, MI 48067

Ms. Christina Marie Martin
Ms. Kathryn Daly Valois
Pacific Legal Foundation
4440 PGA Boulevard, Suite 307
Palm Beach Gardens, FL 33410

Mr. Mark McAlpine
McAlpine Law
3201 University Drive
Suite 200
Auburn Hills, MI 48326

Mr. Matthew Nicols
Pentiuk, Couvreur & Kobiljak
2915 Biddle Avenue, Suite 200
Wyandotte, MI 48192

Mr. Scott Fenton Smith
30833 Northwestern Highway
Suite 200
Farmington Hills, MI 48334-0000

> Re:  Case No. 21-1700, *Tawanda Hall, et al v. Andrew Meisner, et al*
> Originating Case No. : 2:20-cv-12230

Dear Counsel,

The court today announced its decision in the above-styled case.

Enclosed is a copy of the court's published opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

> Yours very truly,
>
> Deborah S. Hunt, Clerk
>
>
> Cathryn Lovely
> Deputy Clerk

cc:  Ms. Kinikia D. Essix

Enclosures

Mandate to issue.